UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DANIEL J. HARRIS,     Plaintiff,

v.     Civil Action No. 3:21-cv-693-DJH-RSE

COMMISSIONER OF SOCIAL SECURITY,     Defendant.

\* \* \* \* \*

## ORDER

    Plaintiff Daniel J. Harris filed this action seeking judicial review of the decision by Defendant Commissioner of Social Security to deny Harris's application for supplemental security income benefits. (Docket No. 1) The Court referred the matter to United States Magistrate Judge Regina S. Edwards for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Edwards issued her report and recommendation on August 23, 2022, recommending that that the final decision of the Commissioner be affirmed. (D.N. 24) The time for objections to the magistrate judge's recommendation has now run, with no objection filed. *See* 28 U.S.C. §636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

    Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)     The Report and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 24) is **ADOPTED** in full and **INCORPORATED** by reference herein.

    (2)     A separate judgment will be entered this date.

September 13, 2022

David J. Hale, Judge
United States District Court